IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| EVANS, et al. | : | 02-05001 |
| FIORETTA, et al. |  | 02-05010 |
| DAVILLIER | : | 02-05037 |
| GREENIER, et al. |  | 02-05070 |
| COX | : | 02-05076 |
| GOSLING, et al. |  | 02-05083 |
| WENGROFSKY | : | 02-05204 |
| VON IDERSTEIN, et al. |  | 02-05209 |
| LOBATOS | : | 02-05264 |
| CERATO, et al. |  | 02-05294 |
| BUTKIEWICZ, et al. |  | 02-05344 |
|  | : |  |
| vs. | : |  |
| BAYER CORPORATION, et al. | : |  |

**ORDER**

**AND NOW,** this     day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[X]   -   Other: Case is placed into suspension pending receipt of the Case Transfer Order from The Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

**Cynthia M. Rufe , Judge**

Civ. 13 (8/80)